| SHOOK |
| HARDY & BACON |

Daniel W. Robertson

July 20, 2026

*VIA ECF*

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

This briefing schedule is
ADOPTED.  SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
July 22, 2026

   Re:   *John Doe 1 and John Doe 2 v. Stretto, Inc.*, Case No. 1:26-cv-03477-JHR-JW

Dear Judge Willis,

        We represent Defendant Stretto, Inc., and write jointly on behalf of the parties to this action concerning Plaintiffs' proposed amended Motion to Proceed Under Pseudonym and For Limited Protective Order filed on July 1, 2026 (ECF 16) in this action, and the parties' proposed briefing of any opposition to and reply in support of that motion.

        John Doe 1 commenced this putative class action (concerning a data security incident) on April 27, 2026 (ECF 1). A First Amended Class Action Complaint was filed on June 30, 2026 (ECF 15), adding John Doe 2 as a second plaintiff.

        The parties have conferred, and counsel for Stretto has informed Plaintiffs' counsel that Stretto intends to oppose Plaintiffs' Motion to Proceed Under Pseudonym. The parties have also agreed to a proposed briefing schedule for any opposition to and reply in support of that motion, subject to the Court's approval, pursuant to the following schedule:

- Defendant to File Opposition to Motion:  August 14, 2026
- Plaintiffs to File Reply in Support of Motion:  August 28, 2026

        The proposed schedule will not affect any existing deadlines or scheduled dates in this case. The parties appreciate the Court's consideration of these matters.

                Sincerely,

                Daniel Robertson